# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARIO RAMOS AND STEVE RAMOS,<br><br>               Plaintiffs,<br><br>      v.<br><br>FORD MOTOR COMPANY; NORM REEVES FORD SUPERSTORE, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:24-cv-04066-AH-JPRx<br><br>Hon. Anne Hwang<br><br>**JUDGMENT  [46]  [JS-6]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

      Plaintiffs MARIO RAMOS AND STEVE RAMOS ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on April 28, 2025.

      Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $40,000.00 pursuant to the terms of the Rule 68 Offer.

      **IT IS SO ORDERED.**

Date: JUNE 2, 2025          _____

                                Hon. Anne Hwang<br>                                United States District Judge

                                CC:FISCAL