# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RAMOS and STEVE RAMOS, | Case No. 2:24-cv-04066-AH-JPRx |
| Plaintiffs, | Judge: Hon. Anne Hwang<br>Courtroom 9C |
| v. | |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, | |
| Defendants. | **JUDGMENT ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES   [50]** |

1

On December 4, 2025, this Court issued an Order granting, in part, Plaintiffs' MARIO RAMOS and STEVE RAMOS' Motion for Attorneys' Fees, Costs.

The court, having considered Plaintiffs' Motion and finding good cause, hereby ENTERS JUDGMENT IN FAVOR OF PLAINTIFFS as follows:

1. Attorneys' fees in the amount of $44,344.00; and

2. Costs/expenses in the amount of $5,842.96.

3. The total award to Plaintiffs is $50,176.96.

IT IS SO ORDERED.

Dated: FEBRUARY 13, 2026

_____
Hon. Anne Hwang
United States District Judge

CC:Fiscal

2